# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| GENOSOURCE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> INGURAN, LLC, <br><br> Defendant. | No. 18-cv-113-CJW-KEM <br><br> **ORDER** |

This matter is before the Court on plaintiff's request for a temporary restraining order. (Doc. 1, at 16). Defendant has not been served, has not filed a resistance, and there is no indication that defendant has been provided either oral or written notice of plaintiff's request for a temporary restraining order.

Federal Rule of Civil Procedure 65(b) provides that a court may issue a temporary restraining order in the absence of written or oral notice to the adverse party or the party's attorney only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard," and if "the movant's attorney certifies in writing any efforts made to give notice [to the adverse party] and the reasons why [notice] should not be required." The complaint is not a verified complaint, and no affidavit has been filed. As such, the record presently before the Court does not permit the entry of a temporary restraining order. Plaintiff's request for a temporary restraining order is therefore **denied** on the record presently before the Court.

**IT IS SO ORDERED** this 30th day of October, 2018.

C.J. Williams
United States District Judge
Northern District of Iowa